Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for Adolfo Madrigal Contreras

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    vs.<br><br>ADOLFO MADRIGAL CONTRERAS,<br><br>                    Defendant. | Case No.:  1:21-CR-00280 NONE-SKO<br><br>**JOINT MOTION; STIPULATION TO MODIFY PRETRIAL TERMS OF RELEASE; AND ORDER** |

The Parties, Antonio J. Pataca, Assistant United States Attorney, and Adilene Flores Estrada, Attorney for Mr. Madrigal Contreras, hereby stipulate and jointly move this honorable Court to modify the terms of the previously imposed conditions of release as follows:

Adolfo Madrigal Contreras shall be allowed to travel within the State of California when required for work, without the advance approval of Pretrial Services.

All previously imposed conditions of release not in conflict with this order shall remain in full force and effect.  The parties have consulted with Pretrial Services regarding the proposed modification.  Pretrial Services advised that they have no objection to the proposed modification.  Mr. Madrigal Contreras is in full compliance with all terms of pretrial release.

Consent to the modification of terms of pretrial release is indicated by the parties' signatures below.

(1)
Joint Motion to Modify Terms of Pretrial Release

PHILLIP A. TALBERT
United States Attorney

Dated: 04/08/2022          /s/ ANTONIO J. PATACA
_____
ANTONIO J. PATACA
Assistant United States Attorney

/s/ ADILENE FLORES ESTRADA

Dated: 04/08/2022
_____
ADILENE FLORES ESTRADA
Counsel for Defendant
ADOLFO MADRIGAL CONTRERAS

### **ORDER**

    IT IS SO ORDERED, pursuant to the stipulation of the parties, that conditions of Pretrial release in this matter are modified as specified above.  All previously imposed conditions of release not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __**April 11, 2022**__        /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE