PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>              v.<br><br>ADOLFO MADRIGAL CONTRERAS,<br><br>                          Defendant. | CASE NO.  1:21-CR-00280-JLT-SKO<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING, AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a Change of Plea hearing on December 11, 2023.

2.  By this stipulation, defendant now moves to continue the change of plea hearing to February 5, 2024, at 10:00 a.m., and to exclude time between December 11, 2023, and February 5, 2024, at 10:00 a.m., under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes reports, warrants, photographs, criminal history, audio files, and videos. All of this discovery has been produced directly to counsel and/or made available for inspection. On

1    January 14, 2022, the government provided the defendant a plea agreement for consideration.

2              b)    Counsel for defendant desires additional time to conduct investigation and
3    research related to the charges, conduct research into any mitigating factors, consult with her
4    client, and to prepare for sentencing.

5              c)    Counsel for defendant referred the defendant to Psychologist Dr. Cerda who has
6    been unable to finish a psychological evaluation of the defendant due to her own health issues
7    and also scheduling conflicts with the defendant, but believes that she can finish the evaluation
8    of the defendant if given three additional months.

9              d)    Counsel for defendant believes that failure to grant the above-requested
10   continuance would deny her the reasonable time necessary for effective preparation, taking into
11   account the exercise of due diligence.

12             e)    The government does not object to the continuance.

13             f)    Based on the above-stated findings, the ends of justice served by continuing the
14   case as requested outweigh the interest of the public and the defendant in a trial within the
15   original date prescribed by the Speedy Trial Act.

16             g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
17   et seq., within which trial must commence, the time period of December 11, 2023 to February 5,
18   2024, at 10:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)
19   [Local Code T4] because it results from a continuance granted by the Court at defendant's
20   request on the basis of the Court's finding that the ends of justice served by taking such action
21   outweigh the best interest of the public and the defendant in a speedy trial.

22        4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the
23   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
24   must commence.

25        IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated: December 6, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: December 6, 2023 | /s/ ADILENE FLORES ESTRADA<br>ADILENE FLORES ESTRADA<br>Counsel for Defendant<br>ADOLFO MADRIGAL CONTRERAS |

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: __**December 7, 2023**__         *Jennifer L. Thurston*
                                        UNITED STATES DISTRICT JUDGE